IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SANIJE BERISHA<br><br>       Plaintiff,<br><br>v.<br><br>IDAHO INDUSTRIAL COMMISSION;<br>GROVE HOTEL; and INSURANCE<br>COMPANY OF THE WEST<br><br>       Defendants. | Case No.  1:13-CV-85-BLW<br><br>**MEMORANDUM DECISION** |

On February 19, 2013, Plaintiff filed this action against the Idaho Industrial Commission, the Grove Hotel, and the Insurance Company of the West.  Her complaint is on the form entitled "Prisoner Complaint" although there is no indication in the complaint that she has ever been incarcerated.  She alleges that she injured her hand in 2002 while working at the Grove Hotel, and that over the next decade, the defendants treated her unfairly.

The complaint contains no jurisdictional allegation.  Rule 8(a) requires that the complaint contain a "statement of the grounds for the court's jurisdiction."  Rule 12(h)(3) states that the Court "must dismiss the action" if it determines "at any time that it lacks subject-matter jurisdiction."  While the Court would permit amendment if it could discern

any basis for jurisdiction, the Court can discern none here.  Accordingly, the Court will

dismiss the action, although it will do so without prejudice to plaintiff's right to re-file the

law suit with the proper allegations.  The Court will enter a separate Judgment as required

by Rule 58(a).



DATED:  **April 3, 2013**

Honorable B. Lynn Winmill
Chief U. S. District Judge

**Memorandum Decision - 2**